NEIL McMAHON, an Infant, by LUCINDA McMAHON, His Guardian ad Litem, Appellant, *v.* CRUCIBLE STEEL COMPANY OF AMERICA, Respondent.

(Submitted October 23, 1905; decided October 27, 1905.)

Motion for reargument denied, with ten dollars costs. (See 182 N. Y. 540.)

------

DAVID J. McGOWN et al., Appellants, *v.* CURTIS A. BARNUM et al., Respondents.

(Submitted October 23, 1905; decided October 27, 1905.)

Motions for reargument and to amend remittitur denied, without costs. (See 182 N. Y. 547.)